July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN DUNN AND MILBY DUNN, II, Appellants

NO. 14-16-00943-CV                                V.

FARMASSURE LLC, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on October 31, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.